CHAMBERS OF
JUSTICE SANDRA DAY O'CONNOR (RET.)

June 13, 2007

The Honorable Ortrie D. Smith
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N. E.
Washington, D. C.  20544

     Re:  Financial Disclosure Filing for the year 2006

Dear Judge Smith,

     Thank you for your letter of May 29, 2007, concerning the annual financial disclosure report for the year 2006.  In answer to your request for additional information:

     Abbott Laboratories stock was acquired June 23, 2004; with a value code of K.  It should have been reported by me in the 2005 financial disclosure report but was overlooked.

     MVC Capital stock was acquired August 29, 2000 in ▮▮▮▮▮▮ IRA account (value code of J).  This should have been reported in my 2001 financial disclosure report.

     All of Mykrolis Corporation stock was exchanged by the company on August 5, 2005 for the Entegris stock and should have been noted as such on the prior year's report.

     I trust that this letter will answer your inquiries and allow the Committee to close my 2006 report.

              Sincerely,



              Sandra Day O'Connor

Received by:_____
Date:  _____

2007 JUN 14  A 11: 10
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2007 | FINAL FILING | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'CONNOR, SANDRA D | SUPREME COURT OF UNITED STATES | 05/09/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice | ☐ Nomination, Date<br>☐ Initial ☐ Annual ☒ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1 FIRST STREET, N.E.<br>WASHINGTON, D.C. 20543 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | The National Constitution Center |
| 2. Member | The Rockefeller Foundation, Board of Trustees |
| 3. Member, Advisory Board | Smithsonian National Museum of Natural History |
| 4. Board Member | ABA Central European and Eurasian Law Initiative Council |
| 5. Member Advisory Commission | ABA Standing Committee on the Law Library of Congress |
| 6. Board Member | ABA Museum of Law |
| 7. Board Member | Foundation for the Future |
| 8. Co-Chair, National Advisory Council | Campaign for the Civic Mission of Schools |
| 9. Member | Center for Strategic & International Studies (CSIS), Commission on Smart Power |
| 10. Chancellor | College of William and Mary |
| 11. Member, Advisory Board | The Henry Clay Center for Statemanship |
| 12. Special Advisor | ABA Rule of Law Initiative |
| 13. Honorary Co-Chair | ABA Commission on Civic Education and Separation of Powers |
| 14. Honorary Chair | America's 400th Anniversary of Jamestown |
| 15. Member, Advisory Committee | Bridges of Understanding |
| 16. Honorary Chairperson | MacArthur Foundation, Neuroscience and Law Program |

| | | |
|---|---|---|
| 17. | Honorary Chair | Colonial Williamsburg Foundation, National Advisory Committee |
| 18. | Member, Selection Committee | Oklahoma City National Memorial & Museum 2006 Reflections of Hope Award |
| 19. | Member, Advisory Council | Paul G. Rogers Society for Global Health Research |
| 20. | Honorary Board Chair | People of America Foundation |
| 21. | Advisor | The Peter Gruber Foundation, Gruber Justice Prize |
| 22. | Board Member | Randall Lineback Breed Association |
| 23. | Honorary Board Member | Smithsonian Associates Advisory Council |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 05/09/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 03/28/06 | Easton Press/MBI, Inc. - for book signatures | $ 3,300.00 |
| 2. 04/13/06 | The Washington Post - article | $ 150.00 |
| 3. 08/10/06 | Random House - royalty | $ 1,532.14 |
| 4. 08/22/06 | Random House - book advance | $ 25,000.00 |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. See Attached Schedule IV | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bryan Cave (Pension Plan) | E | Withdrawal | N | T | | | | | See Footnote 1 |
| 2. Fennemore Craig (Pension Plan) | E | Withdrawal | O | T | | | | | See footnote 2 |
| 3. Interest AZ Elected Officials Retirement | C | Pension | J | U | | | | | |
| 4. Checking Account: Suntrust Bank, Washington, DC | A | Interest | K | T | | | | | |
| 5. Loan to ▮ | B | Interest | K | T | repayment | 4/19 | K | A | |
| 6. Loan to ▮ | None | None | K | T | repayment " " | 04/25 5/25 2/13 | K | A | |
| 7. Checking Account - Chevy Chase Bank, Washington, D. C. | D | Interest | N | T | | | | | |
| 8. Folger Nolan Fleming Douglas, Wash,DC | A | Interest | J | T | | | | | |
| 9. Maricopa Cty., AZ Hospital, Revenue Samaritan Health Serv | A | Interest | J | T | | | | | |
| 10. U. S. Treasury Note | C | Interest | M | T | | | | | |
| 11. U.S. Treasury Bill | | None | | | Buy | 03/09 | K | | |
| 12. U.S. Treasury Bill | A | Interest | | | Redemption | 09/07 | | A | |
| 13. U.S. Treasury | | None | L | T | Buy | 07/17 | L | | |
| 14. U. S. Treasury Bill | | None | K | T | Buy | 08/28 | K | | |
| 15. Tucson Arizona Water System Bonds | C | Interest | L | T | | | | | |
| 16. Washington Suburban Sanitary District Bonds | B | Interest | L | T | | | | | |
| 17. Oil and Gas Royalty fractional interest, | A | Royalty | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Panola Cty., TX | | | | | | | | | |
| 18. Abbott Laboratories | A | Dividend | K | T | | | | | |
| 19. AES Corp. | | None | L | T | Sell | 02/28 | K | | |
| 20. AES Corp. | | None | | | Sell | 02/28 | K | | |
| 21. Agilent Technologies | | None | | | Sell | 12/22 | K | | |
| 22. Alcatel-Lucent Spon ADR | | None | | | | 11/30 | J | | Merger of Lucent & Alcatel **See Fn. 3** |
| 23. Alcatel-Lucent Spon ADR | | | | | Sell | 12/22 | J | C | |
| 24. American Intl Group, Inc. | A | Dividend | L | T | | | | | |
| 25. Amgen | | None | K | T | | 12/27 | J | | Transfer from IRA |
| 26. Avaya | | None | J | T | sell | 03/06 | J | | |
| 27. Baxter International | B | Dividend | M | T | | | | | |
| 28. Bristol Myers Squibb | B | Dividend | K | T | | | | | |
| 29. Cardinal Health | A | Dividend | K | T | | | | | |
| 30. Citigroup | B | Dividend | K | T | | | | | |
| 31. Dupont (E.I.) | B | Dividend | L | T | | | | | |
| 32. Edwards Life Sciences Corp. | | None | J | T | | | | | |
| 33. EMC Corp. Mass | | None | K | T | Buy | 03/06 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 34. Entegris | | None | J | T | | | | | |
| 35. Exxon Mobil | A | Dividend | L | T | Buy | 03/10 | J | | |
| 36. General Electric | B | Dividend | L | T | Buy | 03/10 | J | | |
| 37. Hanesbrands | | None | K | T | | 09/05 | J | | Spin-off from Sara Lee |
| 38. Headwaters Inc. | | None | K | T | Sell | 08/25 | J | | |
| 39. Intel Corp. | A | Dividend | K | T | Sell | 03/10 | J | | |
| 40. Johnson & Johnson | | None | L | T | Buy | 12/29 | K | | |
| 41. Knight Trasnportation | A | Dividend | J | T | Buy | 03/17 | J | | |
| 42. Lilly (Eli) | A | Dividend | J | T | | | | | |
| 43. Lucent Technologies | | | | | | 11/20 | J | | Merger of Lucent &Alcatel **See Fn 3** |
| 44. Marteck Biosciences Corp. | | None | K | T | | | | | |
| 45. Merck & Co. | A | Dividend | K | T | Sell | 03/10 | J | | |
| 46. Millipore | A | Dividend | K | T | | | | | |
| 47. Morgan Stanley & Co. | D | Dividend | M | T | Buy | 03/06 | K | | |
| 48. MVC Capital | A | Dividend | J | T | | 12/29 | J | | Transfer from IRA |
| 49. Nestle SA | B | Dividend | L | T | | | | | |
| 50. Nokia | | None | J | T | Sell | 03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51.  Omnicom Group | B | Dividend | M | T | | | | | |
| 52.  New York Times CL A COM | | None | K | T | Buy | 12/28 | K | | |
| 53.  Pfizer | A | Dividend | K | T | Sell | 12/22 | K | E | |
| 54.  Proctor & Gamble | A | Dividend | L | T | Buy | 03/10 | K | | |
| 55.  Sara Lee Corp. | C | Dividend | L | T | | | | | |
| 56.  Saul Centers Inc. | B | Dividend | K | T | | | | | |
| 57.  Sigma Aldrich Corp. | A | Dividend | L | T | | | | | |
| 58.  Smucker JM | A | Dividend | J | T | | | | | |
| 59.  Sonoco Products Co. | A | Dividend | K | T | | | | | |
| 60.  St. Paul Travelers Cos | A | Dividend | K | T | | | | | |
| 61.  Stryker | | None | L | T | Buy | 02/09 | K | | |
| 62.  Suncor Energy | A | Dividend | K | T | Buy | 02/10 | J | | |
| 63.  Verigy Ltd. | | None | J | T | | 11/01 | J | | Spin-off from Agilent |
| 64.  West Pharmaceutical Services | A | Dividend | M | T | | | | | |
| 65.  White Mountain Insurance | A | Dividend | K | T | | | | | |
| 66.  Zimmer Holdings | | None | J | T | | | | | |
| 67.  IRA NO.1 (Income to Acct only) | C | Dividends | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -Amgen | | | | | | 12/27 | J | | Transfer to above account |
| 69. -Johnson & Johnson | | | | | | | | | |
| 70. -Lucent Technologies | | | | | | | | | See Footnote No. 4 |
| 71. -Nestle ADR | | | | | | | | | |
| 72. -Omnicom Group | | | | | | | | | |
| 73. IRA NO.2 (Income to Acct only) | E | Dividends | O | T | | | | | |
| 74. -American International Group | | | | | | | | | See Footnote No. 4 |
| 75. -Alcatel-Lucent Spon ADR | | | | | | | | | Merger Lucent and Alcatel See Fn 3 |
| 76. -Amgen | | | | | | 12/27 | J | | Transfer between accounts |
| 77. -Baxter International | | | | | | | | | |
| 78. -Bristol Myers Squibb | | | | | | | | | |
| 79. -Cardinal Health | | | | | | 12/23 | | | Transfer See Footnote No.5 |
| 80. - City Group | | | | | | | | | See Footnote No. 4 |
| 81. -Du Pont (EI) | | | | | | | | | |
| 82. -Edwards Life Sciences | | | | | | | | | |
| 83. - General Electric | | | | | | | | | See Footnoe No. 4 |
| 84. -Johnson & Johnson | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85.  -Lilly (Eli) | | | | | | | | | |
| 86.  -Lucent Technologies | | | | | | | | | Merger Lucent and Alcatel **See Fn** 3 |
| 87.  -Nestle ADR | | | | | | | | | |
| 88.  -Newell Rubbermaid | | | | | | | | | |
| 89.  -Omnicom Group | | | | | | | | | |
| 90.  -Pfizer | | | | | | | | | |
| 91.  -Sigma Aldrich | | | | | | | | | |
| 92.  -Washington Mutual | | | | | | | | | |
| 93.  - Zimmer Holdings | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 05/09/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatur Date _May 10, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Financial Disclosure Report - 2006
Sandra Day O'Connor
Date of Report: _____

## IV. Reimbursements of
## Transportation, Lodging, Food, Entertainment

| 1. | Pasadena Tournament of Roses | January 1-4. Pasadena, California<br>Various ceremonial duties as Grand Marshall/Speeches/remarks. (Transportation, meals, lodging for self, ▮▮▮▮and lodging and meals for ▮▮▮ |
|---|---|---|
| 2. | University of Arizona, | February 2-7. Tucson, Arizona<br>Jurist in Residence Program<br>(Transportation, lodging, and meals for self and ▮▮▮▮) |
| 3. | Union League Club of Chicago | February 17. Chicago, Illinois<br>Speech (Transportation, lodging and meals for self and ▮▮▮▮ |
| 4. | International Society of Barristers | March 16, 2006, Scottsdale, Arizona<br>Speech (Transportation for self and ▮▮▮▮ |
| 5. | Stanford University<br>Stanford Center on Ethics<br>Stanford Law Review | March 17-18. Stanford, California<br>Advisory Board meetings/speech/symposium panel discussions<br>(Transportation, meals, lodging for self and ▮▮▮▮ |
| 6. | ConSource, Inc.<br>The Constitutional Sources Project | March 30 - April 1. Salt Lake City, Utah<br>Speech<br>(Transportation, meals for self and ▮▮▮▮ |
| 7. | La Mujer Obrera | April 2-5. El Paso, Texas<br>Speech for La Mujer Obrera event<br>(Transportation, meals, for self and ▮▮▮▮ |
| 8. | College of William and Mary | April 6-7. Williamsburg, Virginia<br>Speech/installation as Chancellor<br>(Transportation, lodging, meals, for self and ▮▮▮▮ |
| 9. | Western Heritage Museum Awards | April 21-22. Oklahoma City, Oklahoma<br>Remarks/master of ceremonies/interviews<br>(Transportation, lodging, meals for self and ▮▮▮▮ |
| 10. | Yale University | May 21. New Haven, Connecticut<br>Dinner remarks/Commencement address/received Doctor of Law Honorary Degree<br>(Transportation, meals, lodging for self and ▮▮▮▮ |

| | | |
|---|---|---|
| 11. | University of Minnesota Alumni Association | May 22-23. Minneapolis, Minnesota<br>Meetings with University leaders and volunteers/Speech<br>(Transportation, meals, lodging for self and ███████ |
| 12. | Rockefeller Foundation Board | June 20-21. New York, New York<br>Board meetings<br>(Transportation, meals, lodging for self) |
| 13. | Fortune/Aspen Institute Brainstorm 2006 | June 27-30. Aspen, Colorado<br>Program, Panel Discussion/questions and answers<br>(Transportation, meals for two days, lodging for self) |
| 14. | Aspen Institute | July 5-6. Aspen, Colorado<br>Program, Panel Discussions/interviews<br>(Transportation, lodging and meals for self) |
| 15. | The Public Policy Forum of Crested Butte | July 24-26. Crested Butte, Colorado<br>Meetings, forum talk with questions and answer session/interview<br>(Transportation, and meals for self) |
| 16. | World Congress of the International Association of Youth and Family<br>- Northern Ireland Court Service | August 26-September 1. Belfast, Ireland<br>Speech/panel discussions/luncheon hosted by US Consulate General's office<br>(Transportation and meals for self) |
| 17. | Principality of Liechtenstein | September 2-4. Vaduz, Liechtenstein<br>Visits/Speech<br>(Transportation, meals, lodging for self) |
| 18. | Tenth Circuit Court of Appeals | September 7. Colorado Springs, Colorado<br>Speech<br>(Transportation, meals, lodging for self) |
| 19. | U. S. Embassy;<br>Australian National University;<br>and Australian Institute of Judicial Administration | September 9-16. Australia<br>Speeches and discussions groups, conference participant<br>(Transportation, meals, lodging for self) |
| 20. | Elon University and<br>Elon University School of Law | September 19-20. Elon, North Carolina<br>Dedication of Law School building/question and answer session with students/Fall Convocation Speech/dinner event<br>(Transportation, meals for self) |
| 21. | Wake Forest University School of Law | September 21. Winston-Salem, North Carolina<br>Visit the University/discussion with question and answer session with students/meeting with women alumni leaders<br>(Meals, lodging for self) |
| 22. | College of William and Mary | October 7 - 9. Williamsburg, Virginia<br>Speak at Law School Conference/student groups<br>(Transportation, lodging, meals for self) |
| 23. | New York University | October 10-11. New York, New York |

| | | Events in honor of Dwight Opperman/Panel discussion with questions and answers/remarks at dinner (Transportation, lodging, meals for self) |
|---|---|---|
| 24. | U. S. Court of Appeals for the Ninth Circuit | October 18-20. San Francisco, California Sitting with the Ninth Circuit Panel (Meals for self) |
| 25. | Abraham Lincoln Presidential Library Foundation | October 27-28. Springfield, Illinois Speech and received the Abraham Lincoln Presidential Library Foundation Award (Transportation/lodging/meals for self) |
| 26. | Utah Women's Conference | October 29. Salt Lake City, Utah Speech (Transportation/lodging/meals for self) |
| 27. | Judicial Council of California | November 2. San Francisco, California Dinner remarks/Speech (Transportation/lodging/meals for self) |
| 28. | William Gates Public Service Law Scholarship Program | November 3-4. Seattle, Washington Visit U. S. District Court/tour/Participation in program (Transportation/meals for self) |
| 29. | The Rockefeller Foundation | November 7-8. New York, New York Board meetings (Transportation/lodging/meals for self) |
| 30. | Southern Methodist University - Dedman School of Law | November 9-11. Dallas, Texas Panel discussion (Transportation/lodging/meals for self) |
| 31. | Miami University-Ohio | November 14. Oxford, Ohio Speech (Transportation/lodging/meals for self) |
| 32. | Iraq Study Group | November 26. Washington, D. C. Group discussion meetings/interviews (Transportation/meals for self) |
| 33. | American Society of International Lawyers and Harvard University | December 1. Cambridge, Massachusetts Conference/speech (Transportation/lodging/meals for self) |
| 34. | Foundation for the Future U. S. State Department | December 2-4. Amman, Jordan Attend board meeting (Transportation/lodging/meals for self) |

# FINANCIAL DISCLOSURE STATEMENT
## FOOTNOTES

(1) ████████ was a partner in the Bryan Cave law firm. The indicated value of this entry is the value of a pension plan administered by The Vanguard Group.

(2) ████████ was a principal in the law firm of Fennemore, Craig, von Ammon & Udall, P. C. (now Fennemore Craig, P. C.) until December 31, 1981. The indicated value for this entry is the value of his interest in the firm's pension plan.

(3) With the merger of Lucent & Alcatel the holding at Item 43 resulted in the holding listed at Item 22, and holding at Item 86 resulted in the holding listed at Item 75.

(4) The holdings in Lucent Technologies were erroneously listed in IRA No.1 when they were held in above accounts.
The holdings in American International Group, City Group and General Electric were erroneously listed in IRA No.2 when they were held in above accounts.

(5) The holding in Item 75 in IRA No. 2 was transferred out of the IRA on December 23, 2004 as a distribution. The transfer was omitted by error in Financial Disclosure report dated May 12, 2005.